# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| C. PEPPER LOGISTICS, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 20-CV-1444 |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| LANTER DELIVERY SYSTEMS, LLC, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO PLAINTIFFS OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

TO:  Mark H. Levison
     Matthew S. McBride
     Patrick E. Foppe
     LASHLY & BAER, P.C.
     714 Locust Street
     St. Louis, Missouri 63101

PLEASE TAKE NOTICE that on Wednesday, October 7, 2020, Defendant Lanter Delivery Systems, LLC, with the consent of White Line Systems, LLC, Darien Brokerage, LLC, Rachel Tomasek, Mike Tomasek, Anton Lobov, Antione Wingard, Mark Cordsen, and Randi Wood (collectively "Defendants"), filed a Notice of Removal in the United States District Court of the Eastern District of Missouri, Eastern Division, for removal of the action pending in the 21st Judicial Circuit, St. Louis County, Missouri, captioned *C. Pepper Logistics, LLC et al. v. Lanter Delivery Systems, LLC*, Cause No. 20SL-CC04635, to said District Court. A true and accurate copy of Defendants' Notice of Removal, including all attachments, is served herewith.

        Respectfully submitted,

        THOMPSON COBURN LLP

By: */s/ Matthew A. Braunel*
    Steven E. Garlock (Bar No. 38346)
    David B. Jinkins (Bar No. 49254)
    Matthew A. Braunel (Bar No. 50711)
    One US Bank Plaza
    St. Louis, Missouri  63101
    P: 314-552-6000
    F: 314-552-7000
    sgarlock@thompsoncoburn.com
    djinkins@thompsoncoburn.com
    mbraunel@thompsoncoburn.com

    *Attorneys for Lanter Delivery Systems, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on Wednesday, October 7, 2020, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court by using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record. Moreover, I hereby certify that a true and accurate copy of the foregoing was also sent by mail and electronic mail on October 7, 2020 to the following:

Mark H. Levison
Matthew S. McBride
Patrick E. Foppe
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
mlevison@lashlybaer.com
mmcbride@lashlybaer.com
pfoppe@lashlybaer.com

*Attorneys for Plaintiffs*

        */s/ Matthew A. Braunel*