

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br><br> C. PEPPER LOGISTICS, LLC<br><br>**vs.** | Plaintiff's/Petitioner's Attorney/Address<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br> LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Injunction | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** DARIEN BROKERAGE, LLC
                             **Alias:**

**WILLIAM F. FERRELL**
**623 STATE HIGHWAY H**
**SIKESTON, MO 63801**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

__11-SEP-2020__
**Date**

**Further Information:**
**MG**

_____ Clerk

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____       _____
Printed Name of Sheriff or Server       Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*       Subscribed and sworn to before me on _____ (date).

My commission expires: _____       _____
                                   Date       Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $  10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC<br>Nature of Suit:<br>CC Injunction | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105<br><div align="right">(Date File Stamp)</div> |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: RACHEL TOMASEK
  **Alias:**

OS899  THONDON RIDGE DRIVE
ELBURN, IL  60119



*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>11-SEP-2020</u>
**Date**
**Further Information:**
**MG**

_____
**Clerk**

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by: (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
    .
    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                      Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
            ☐ the judge of the court of which affiant is an officer.
            ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                (use for out-of-state officer)
            ☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees, if applicable | | | |
|---|---|---|---|
| Summons | $ | | |
| Non Est | $ | | |
| Mileage | $ | (_____ miles @ $ _____ per mile) | |
| **Total** | $ | | |

*See the following page for directions to clerk and to officer making return on service of summons.*

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3) On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC<br>Nature of Suit:<br>CC Injunction | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105      (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  MIKE TOMASEK
     **Alias:**

**OS899 THONDON RIDGE DRIVE**
**ELBURN, IL 60119**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
      **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>11-SEP-2020</u>
**Date**
**Further Information:**
**MG**

_____
            **Clerk**

### Officer's or Server's Affidavit of Service

I certify that:
1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.   My official title is _____ of _____ County, _____ (state).
3.   I have served the above summons by:  (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
.
    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____    _____
   Printed Name of Sheriff or Server           Signature of Sheriff or Server
        **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
        I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
*(Seal)*           ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths.  (use for court-appointed server)

_____
          Signature and Title

| Service Fees, if applicable | | | | |
|---|---|---|---|---|
| Summons | $ | | | |
| Non Est | $ | | | |
| Mileage | $ | (_____ miles @ $_____ per mile) | | |
| **Total** | $ | | | |

See the following page for directions to clerk and to officer making return on service of summons.

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3) On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| vs. | |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Injunction | |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  ANTON LOBOV
Alias:
899 HENRIETTA CREEK ROAD, #200
ROANOKE, TX 76262



*COURT SEAL OF*

*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
   **SPECIAL NEEDS:**  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

   <u>11-SEP-2020</u>
   **Date**
   **Further Information:**
   **MG**

_____
Clerk

---

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
    .
    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
*(Seal)*             ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                       (use for out-of-state officer)
                    ☐ authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Mileage | $ | (_____ miles @ $ _____ per mile) |
| **Total** | $ | |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3)  On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE |
| Nature of Suit:<br>CC Injunction | CLAYTON, MO 63105 |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: ANTOINE WINGARD
**Alias:**
**5101 TERMINAL STREET, SUITE C**
**CHARLOTTE, NC 28208**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>11-SEP-2020</u>
**Date**
**Further Information:**
**MG**

_____
*Clerk*

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
*(Seal)*            ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                    ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| Service Fees, if applicable | | | |
|---|---|---|---|
| Summons | $ | | |
| Non Est | $ | | |
| Mileage | $ | (_____ miles @ $ _____ per mile) | |
| **Total** | $ | | |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | **Case Number: 20SL-CC04635** |
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Injunction | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **MARK CORDSEN**
Alias:

**20101 E. 36TH DRIVE**
**AURORA, CO 80011**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

| 11-SEP-2020 | |
|---|---|
| **Date** | _____ |
| **Further Information:** | Clerk |
| **MG** | |

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)

&#9744; delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

&#9744; leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

&#9744; (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

&#9744; other (describe) _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____ _____
Printed Name of Sheriff or Server     Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)

I am: (check one) &#9744; the clerk of the court of which affiant is an officer.
&#9744; the judge of the court of which affiant is an officer.
&#9744; authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
&#9744; authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $ _____ per mile) |
| **Total** | $_____ |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3) On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| | vs. | |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Injunction | |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **RANDI WOOD**
　　　　　　　　　　　　Alias:

**21972 W. 125TH CIR
OLATHE, KS 66061**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

　　　　　　You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
　　　　　　**SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

　　**11-SEP-2020**
　　　　Date
　　Further Information:
　　MG

_____
　　　　　　　　　　　　　Clerk

---

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
　　☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
　☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
　　_____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
.
　　☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
　　_____ (name) _____ (title).
　　☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____　　　_____
　Printed Name of Sheriff or Server　　　　　　　Signature of Sheriff or Server
　　　　**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
　　　I am: (check one)　☐ the clerk of the court of which affiant is an officer.
　　　　　　　　　　　　☐ the judge of the court of which affiant is an officer.
　　　　　　　　　　　　☐ authorized to administer oaths in the state in which the affiant served the above summons.
　　　　　　　　　　　　　(use for out-of-state officer)
*(Seal)*　　　　　　　　☐ authorized to administer oaths. (use for court-appointed server)

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Signature and Title

| Service Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Mileage | $ | (_____miles @ $ _____ per mile) |
| **Total** | $ | |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3) On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - St Louis County - September 15, 2020 - 12:05 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | | |
|---|---|---|
| C. PEPPER LOGISTICS, LLC, | ) | |
| TIMELESS LOGISTICAL SOLUTIONS, INC., | ) | |
| INDEPENDENT SERVICE PROVIDER, LLC, | ) | Case No. 20SL-CC04635 |
| LOGISTICS RESOURCE SOLUTIONS, INC., | ) | |
| INTERSTATE SERVICE PROVIDER, INC., and | ) | Div. 18 |
| LRS LEASING, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANTER DELIVERY SYSTEMS, LLC, | ) | |
| WHITE LINE SYSTEMS, LLC, | ) | |
| DARIEN BROKERAGE, LLC, | ) | |
| RACHEL TOMASEK, MIKE TOMASEK, | ) | |
| ANTON LOBOV, ANTOINE WINGARD, | ) | |
| MARK CORDSEN, RANDI WOOD, and | ) | |
| JOHN DOES 1 THROUGH 30, | ) | |
| | ) | |
| Defendants. | ) | |

## **ENTRY OF APPEARANCE**

**COMES NOW**, Matthew S. McBride, of the law firm of Lashly & Baer, P.C., and enters his appearance on behalf of Plaintiffs C. PEPPER LOGISTICS, LLC, TIMELESS LOGISTICAL SOLUTIONS, INC., INDEPENDENT SERVICE PROVIDER, LLC, LOGISTICS RESOURCE SOLUTIONS, INC., INTERSTATE SERVICE PROVIDER, INC., and LRS LEASING, LLC.

<u>Dated</u>: September 15, 2020

 /s/ Matthew S. McBride
Matthew S. McBride, No. MO 47598
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939 – Telephone
(314) 621-6844 – Facsimile
mmcbride@lashlybaer.com

Electronically Filed - St Louis County - September 15, 2020 - 12:05 PM

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth above, the foregoing was filed electronically with the Clerk of the Court to be served upon all counsel of record by operation of the Court's electronic filing system. The undersigned also certifies under Rule 55.03(a) of the Missouri Rules of Civil Procedure that he has signed the original of this certificate and/or the foregoing pleading.

*/s/ Matthew S. McBride*

Electronically Filed - St Louis County - September 15, 2020 - 12:05 PM

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

SERVICE PARTY:    MARK H LEVISON, Attorney for Plaintiff
SERVICE EMAIL:    mlevison@lathropgage.com, mlevison@lashlybaer.com

Electronically Filed - St Louis County - September 22, 2020 - 05:13 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | | |
|---|---|---|
| C. PEPPER LOGISTICS, LLC, | ) | |
| TIMELESS LOGISTICAL SOLUTIONS, INC., | ) | |
| INDEPENDENT SERVICE PROVIDER, LLC, | ) | Case No. 20SL-CC04635 |
| LOGISTICS RESOURCE SOLUTIONS, INC., | ) | |
| INTERSTATE SERVICE PROVIDER, INC., | ) | Div. 18 |
| and LRS LEASING, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANTER DELIVERY SYSTEMS, LLC, | ) | |
| WHITE LINE SYSTEMS, LLC, | ) | |
| DARIEN BROKERAGE, LLC, | ) | |
| RACHEL TOMASEK, MIKE TOMASEK, | ) | |
| ANTON LOBOV, ANTOINE WINGARD, | ) | |
| MARK CORDSEN, RANDI WOOD, and | ) | |
| JOHN DOES 1 THROUGH 30, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM FOR THE CLERK

Plaintiffs hereby files its Return of Service of Summons by Special Process Server upon

Defendant Mike Tomasek on September 20, 2020. (See Exhibit A attached).

    /s/ *Mark H. Levison*
Mark H. Levison  #29976
Matthew S. McBride #47598
Patrick E. Foppe   #57124
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939
(314) 621-6844/Fax
mlevison@lashlybaer.com
mmcbride@lashlybaer.com
pfoppe@lashlybaer.com

Attorneys for Plaintiffs

Electronically Filed - St Louis County - September 22, 2020 - 05:13 PM

**STATE OF MISSOURI**
**County of St. Louis**
**21st Judicial Circuit**
Docket number 20SL-CC04635

**C. Pepper Logistics LLC**

Plaintiff,
vs.                                          AFFIDAVIT OF SERVICE

**Lanter Delivery Systems LLC,**

Defendant,
_____/

I, Michael Ballard affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 09/20/2020 at 7:05 PM, I served copies of the Summons and Petition - Circuit Personally upon **Mike Tomasek as articulated below.**

By delivering a copy to Mike Tomasek personally.

Said service was effected at: **OS899 Thondon Ridge Drive, Elburn, IL 60119.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male** Race: **White** Hair: **Brown** Height: **5'10"** Weight: **200+** Place: **House**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_____
Michael Ballard

The foregoing affidavit sworn and subscribed before me today, September ___21___, 2020

Job No. 290109

```
OFFICIAL SEAL
K REYES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES.09/20/21
```

**Exhibit A**

Electronically Filed - St Louis County - September 22, 2020 - 05:13 PM

## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Injunction | |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **MIKE TOMASEK**
                **Alias:**
**0S899 THONDON RIDGE DRIVE**
**ELBURN, IL 60119**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

       **You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.**
       **SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**11-SEP-2020**
**Date**
**Further Information:**
**MG**

                                     /Clerk

---

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County. _____ (state).
3. I have served the above summons by: (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
  ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐ other (describe) _____

Served at _____ (address)
in _____ County. _____ (state), on _____ (date) at _____ (time).

_____      _____
  Printed Name of Sheriff or Server          Signature of Sheriff or Server

        **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
        I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                      ☐ the judge of the court of which affiant is an officer.
                      ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                        (use for out-of-state officer)
      *(Seal)*     ☐ authorized to administer oaths. (use for court-appointed server)

_____
             Signature and Title

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

Electronically Filed - St Louis County - September 22, 2020 - 05:13 PM

SERVICE PARTY:   MATTHEW S. MCBRIDE, Attorney for Plaintiff
SERVICE EMAIL:   mmcbride@lashlybaer.com

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

C. PEPPER LOGISTICS, LLC,                     )
TIMELESS LOGISTICAL SOLUTIONS, INC.,          )
INDEPENDENT SERVICE PROVIDER, LLC,            )     Case No. 20SL-CC04635
LOGISTICS RESOURCE SOLUTIONS, INC.,           )
INTERSTATE SERVICE PROVIDER, INC.,            )     Div. 18
and LRS LEASING, LLC,                         )
                                              )
        Plaintiffs,                           )
                                              )
v.                                            )
                                              )
LANTER DELIVERY SYSTEMS, LLC,                 )
WHITE LINE SYSTEMS, LLC,                      )
DARIEN BROKERAGE, LLC,                        )
RACHEL TOMASEK, MIKE TOMASEK,                 )
ANTON LOBOV, ANTOINE WINGARD,                 )
MARK CORDSEN, RANDI WOOD, and                 )
JOHN DOES 1 THROUGH 30,                       )
                                              )
        Defendants.                           )

## **MEMORANDUM FOR THE CLERK**

Plaintiffs hereby files its Return of Service of Summons by Special Process Server upon

Defendant Rachel Tomasek on September 20, 2020. (See Exhibit A attached).


    /s/ *Mark H. Levison*
    Mark H. Levison  #29976
    Matthew S. McBride #47598
    Patrick E. Foppe   #57124
    LASHLY & BAER, P.C.
    714 Locust Street
    St. Louis, Missouri 63101
    (314) 621-2939
    (314) 621-6844/Fax
    mlevison@lashlybaer.com
    mmcbride@lashlybaer.com
    pfoppe@lashlybaer.com

    Attorneys for Plaintiffs

Electronically Filed - St Louis County - September 22, 2020 - 05:13 PM

Electronically Filed - St Louis County - September 22, 2020 - 05:13 PM

**STATE OF MISSOURI**
**County of St. Louis**
**21st Judicial Circuit**
Docket number 20SL-CC04635

**C. Pepper Logistics LLC**

Plaintiff,
vs.

AFFIDAVIT OF SERVICE

**Lanter Delivery Systems LLC,**

Defendant,

_____/

I, Michael Ballard affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 09/20/2020 at 7:04 PM, I served copies of the Summons and Petition - Circuit Substitute Service **Rachel Thomasek** as articulated below.

By leaving a copy at the individual's dwelling place or usual place of abode with some person of his / her Family over the age of 13 years or upwards and informing that person of the contents thereof to wit:

Name: **Mike Tomasek**                    Title/Relation: **Spouse**

A copy of the aforesaid was mailed in a sealed envelope with (first class) postage fully prepaid, addressed to each individual defendant at his/her usual place of abode.

Said service was effected at: **0S899 Thondon Ridge Drive, Elburn, IL 60119.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male** Race: **White** Hair: **Brown** Age: **43** Height: **5'10"** Weight: **200+** Place: **House**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

Michael Ballard

The foregoing affidavit sworn and subscribed before me today, September _21_, 2020

K Reyes

**OFFICIAL SEAL**
**K REYES**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/20/21

Job No. 290108

**Exhibit A**

Electronically Filed - St Louis County - September 22, 2020 - 05:13 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC<br><br>Nature of Suit:<br>CC Injunction | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105<br><div align="right">(Date File Stamp)</div> |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: RACHEL TOMASEK
        Alias:
**OS899 THONDON RIDGE DRIVE**
**ELBURN, IL 60119**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
      **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

**11-SEP-2020**
Date
**Further Information:**
**MG**

_____
Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)

    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

    ☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____    _____
  Printed Name of Sheriff or Server         Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
        ☐ the judge of the court of which affiant is an officer.
*(Seal)*    ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
    ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

Electronically Filed - St Louis County - September 22, 2020 - 05:13 PM

Based on the Supreme Court Rules governing eFiling and eService, an email has been issued to the following parties:

SERVICE PARTY:   MATTHEW S. MCBRIDE, Attorney for Plaintiff
SERVICE EMAIL:   mmcbride@lashlybaer.com

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | | |
|---|---|---|
| C. PEPPER LOGISTICS, LLC, | ) | |
| TIMELESS LOGISTICAL SOLUTIONS, INC., | ) | |
| INDEPENDENT SERVICE PROVIDER, LLC, | ) | Case No. 20SL-CC04635 |
| LOGISTICS RESOURCE SOLUTIONS, INC., | ) | |
| INTERSTATE SERVICE PROVIDER, INC., | ) | Div. 18 |
| and LRS LEASING, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANTER DELIVERY SYSTEMS, LLC, | ) | |
| WHITE LINE SYSTEMS, LLC, | ) | |
| DARIEN BROKERAGE, LLC, | ) | |
| RACHEL TOMASEK, MIKE TOMASEK, | ) | |
| ANTON LOBOV, ANTOINE WINGARD, | ) | |
| MARK CORDSEN, RANDI WOOD, and | ) | |
| JOHN DOES 1 THROUGH 30, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM FOR THE CLERK

Plaintiffs hereby files its Return of Service of Summons by Special Process Server upon

Defendant White Line Systems, LLC on September 16, 2020. (See Exhibit A attached).

  /s/ *Mark H. Levison*
Mark H. Levison  #29976
Matthew S. McBride #47598
Patrick E. Foppe   #57124
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939
(314) 621-6844/Fax
mlevison@lashlybaer.com
mmcbride@lashlybaer.com
pfoppe@lashlybaer.com

Attorneys for Plaintiffs

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM



#290106#

**STATE OF MISSOURI**
**County of St. Louis**
**21st Judicial Circuit**
Docket number 20SL-CC04635

**C. Pepper Logistics LLC**

Plaintiff,

vs.

**Lanter Delivery Systems LLC,**

Defendant.

————————————————————— /

AFFIDAVIT OF SERVICE

I, Randy Burrows affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 09/16/2020 at 3:11 PM, I served copies of the Summons and Petition - Circuit Personally upon **White Line System LLC** as articulated below.

By delivering a copy to **William F Ferrell** personally; **Registered Agent** thereof, an authorized person to accept service of process.

Said service was effected at: **623 State Highway H, Sikeston, MO 63801.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male** Race: **White** Hair: **Gray** Height: **5'7"** Weight: **160-169** Place: **Commercial Building**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

Randy Burrows

The foregoing affidavit sworn and subscribed before me today, September 2020

HEATHER WOOLDRIDGE
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COUNTY OF STODDARD
COMMISSION # 137/3163
My Commission Expires: OCTOBER 2 2021

JobNo. 290106

**Exhibit A**

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: **20SL-CC04635** |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Injunction | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: **WHITE LINE SYSTEMS, LLC**
Alias:

WILLIAM F. FERRELL
623 STATE HIGHWAY H
SIKESTON, MO 63801

*COURT SEAL OF*



*ST. LOUIS COUNTY*

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>11-SEP-2020</u>
Date

_____
Clerk

Further Information:
MG

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis). MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____      _____
Date      Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM

SERVICE PARTY:  MATTHEW S. MCBRIDE, Attorney for Plaintiff
SERVICE EMAIL:  mmcbride@lashlybaer.com

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | | |
|---|---|---|
| C. PEPPER LOGISTICS, LLC, | ) | |
| TIMELESS LOGISTICAL SOLUTIONS, INC., | ) | |
| INDEPENDENT SERVICE PROVIDER, LLC, | ) | Case No. 20SL-CC04635 |
| LOGISTICS RESOURCE SOLUTIONS, INC., | ) | |
| INTERSTATE SERVICE PROVIDER, INC., | ) | Div. 18 |
| and LRS LEASING, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANTER DELIVERY SYSTEMS, LLC, | ) | |
| WHITE LINE SYSTEMS, LLC, | ) | |
| DARIEN BROKERAGE, LLC, | ) | |
| RACHEL TOMASEK, MIKE TOMASEK, | ) | |
| ANTON LOBOV, ANTOINE WINGARD, | ) | |
| MARK CORDSEN, RANDI WOOD, and | ) | |
| JOHN DOES 1 THROUGH 30, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM FOR THE CLERK

Plaintiffs hereby files its Return of Service of Summons by Special Process Server upon

Defendant Darien Brokerage, LLC on September 16, 2020. (See Exhibit A attached).

 /s/ *Mark H. Levison*
Mark H. Levison  #29976
Matthew S. McBride #47598
Patrick E. Foppe   #57124
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939
(314) 621-6844/Fax
mlevison@lashlybaer.com
mmcbride@lashlybaer.com
pfoppe@lashlybaer.com

Attorneys for Plaintiffs

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM



**STATE OF MISSOURI**
**County of St. Louis**
**21st Judicial Circuit**
Docket number 20SL-CC04635

C. Pepper Logistics LLC

Plaintiff,                                          AFFIDAVIT OF SERVICE
vs.

**Lanter Delivery Systems LLC,**

Defendant.

———————————— /

I, Randy Burrows affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 09/16/2020 at 3:11 PM. I served copies of the Summons and Petition - Circuit Personally upon **Darien Brokerage LLC** as articulated below.

By delivering a copy to **William F Ferrell** personally; **Registered Agent** thereof, an authorized person to accept service of process.

Said service was effected at: **623 State Highway H, Sikeston, MO 63801.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male** Race: **White** Hair: **Gray** Height: **5'7"** Weight: **160-169** Place: **Commercial Building**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_Randy Burrows_
Randy Burrows

The foregoing affidavit sworn and subscribed before me today, September 14, 2020

HEATHER WOOLDRIDGE
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COUNTY OF STODDARD
COMMISSION # 13773163
My Commission Expires: OCTOBER 2, 2021

JobNo. 290107

**Exhibit A**

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: **20SL-CC04635** |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC | Plaintiff's/Petitioner's Attorney/Address<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| vs. | |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Injunction | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** DARIEN BROKERAGE, LLC
                             **Alias:**

**WILLIAM F. FERRELL**
**623 STATE HIGHWAY H**
**SIKESTON, MO 63801**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

        **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**
        **SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>11-SEP-2020</u>
**Date**
                                                     /Clerk

**Further Information:**
**MG**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis). MO, on _____ (date) at _____ (time).

_____      _____
    Printed Name of Sheriff or Server              Signature of Sheriff or Server

           **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

            My commission expires: _____      _____
                                    Date                         Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only*: **Document ID# 20-SMCC-8589**    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                   54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Based on the Supreme Court Rules governing eFiling and eService email has been issued to the following parties:

SERVICE PARTY:   MATTHEW S. MCBRIDE, Attorney for Plaintiff
SERVICE EMAIL:   mmcbride@lashlybaer.com

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | | |
|---|---|---|
| C. PEPPER LOGISTICS, LLC, | ) | |
| TIMELESS LOGISTICAL SOLUTIONS, INC., | ) | |
| INDEPENDENT SERVICE PROVIDER, LLC, | ) | Case No. 20SL-CC04635 |
| LOGISTICS RESOURCE SOLUTIONS, INC., | ) | |
| INTERSTATE SERVICE PROVIDER, INC., | ) | Div. 18 |
| and LRS LEASING, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANTER DELIVERY SYSTEMS, LLC, | ) | |
| WHITE LINE SYSTEMS, LLC, | ) | |
| DARIEN BROKERAGE, LLC, | ) | |
| RACHEL TOMASEK, MIKE TOMASEK, | ) | |
| ANTON LOBOV, ANTOINE WINGARD, | ) | |
| MARK CORDSEN, RANDI WOOD, and | ) | |
| JOHN DOES 1 THROUGH 30, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM FOR THE CLERK

Plaintiffs hereby files its Return of Service of Summons by Special Process Server upon

Defendant Lanter Delivery Systems, LLC on September 16, 2020. (See Exhibit A attached).

    /s/ *Mark H. Levison*
Mark H. Levison  #29976
Matthew S. McBride #47598
Patrick E. Foppe   #57124
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939
(314) 621-6844/Fax
mlevison@lashlybaer.com
mmcbride@lashlybaer.com
pfoppe@lashlybaer.com

Attorneys for Plaintiffs

**County of St. Louis**
**21st Judicial Circuit**
Docket number 20SL-CC04635

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM

**C. Pepper Logistics LLC**

AFFIDAVIT OF SERVICE

Plaintiff,
vs.

**Lanter Delivery Systems LLC,**

Defendant,

_____/

I, Richard A. Raymond affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 09/16/2020 at 11:35 AM, I served copies of the Summons and Petition - Circuit Personally upon **Lanter Delivery System LLC** as articulated below.

By delivering a copy to **Bonnie Love** personally; **Senior Process Specialist** thereof, an authorized person to accept service of process.

Said service was effected at: **CT Corp 120 South Central Ave, Clayton, MO 63105.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female** Race: **White** Hair: **Brown & Blonde** Height: **5'6"** Weight: **170-179** Place: **Commercial Building** Extras: **Glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_____
Richard A. Raymond

The foregoing affidavit sworn and subscribed before me today, September 22, 2020

_____      _____      _____
Samantha Lynne Clark                   Marybeth Rice                            Richard A. Raymond

JobNo. 290105                                                            *Fee For Service: $55.50*



**Exhibit A**

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Injunction | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105<br>(Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** LANTER DELIVERY SYSTEMS, LLC
**Alias:**

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
ST. LOUIS, MO 63105



*COURT SEAL OF*

*ST. LOUIS COUNTY*

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>11-SEP-2020</u>
**Date**

                                /Clerk

**Further Information:**
MG

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
  Printed Name of Sheriff or Server                       Signature of Sheriff or Server

    **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

         My commission expires: _____      _____
                                    Date                              Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ | 10.00 |
| Mileage | $ | (_____ miles @ $._____ per mile) |
| **Total** | $ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 20-SMCC-8587**    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                        54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

Electronically Filed - St Louis County - September 22, 2020 - 04:59 PM

SERVICE PARTY:   MATTHEW S. MCBRIDE, Attorney for Plaintiff
SERVICE EMAIL:   mmcbride@lashlybaer.com

Electronically Filed - St Louis County - September 24, 2020 - 05:15 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

C. PEPPER LOGISTICS, LLC,              )
TIMELESS LOGISTICAL SOLUTIONS, INC.,   )
INDEPENDENT SERVICE PROVIDER, LLC,     )   Case No. 20SL-CC04635
LOGISTICS RESOURCE SOLUTIONS, INC.,    )
INTERSTATE SERVICE PROVIDER, INC.,     )   Div. 18
and LRS LEASING, LLC,                  )
                                       )
       Plaintiffs,                     )
                                       )
v.                                     )
                                       )
LANTER DELIVERY SYSTEMS, LLC,          )
WHITE LINE SYSTEMS, LLC,               )
DARIEN BROKERAGE, LLC,                 )
RACHEL TOMASEK, MIKE TOMASEK,          )
ANTON LOBOV, ANTOINE WINGARD,          )
MARK CORDSEN, RANDI WOOD, and          )
JOHN DOES 1 THROUGH 30,                )
                                       )
       Defendants.                     )

## MEMORANDUM FOR THE CLERK

Plaintiffs hereby files its Return of Service of Summons by Special Process Server upon

Defendant Randi Wood on September 17, 2020. (See Exhibit A attached).


                              /s/ *Mark H. Levison*
                              Mark H. Levison  #29976
                              Matthew S. McBride #47598
                              Patrick E. Foppe   #57124
                              LASHLY & BAER, P.C.
                              714 Locust Street
                              St. Louis, Missouri 63101
                              (314) 621-2939
                              (314) 621-6844/Fax
                              mlevison@lashlybaer.com
                              mmcbride@lashlybaer.com
                              pfoppe@lashlybaer.com

                              Attorneys for Plaintiffs

Electronically Filed - St Louis County - September 24, 2020 - 05:15 PM

**STATE OF MISSOURI**
**County of St. Louis**
**21st Judicial Circuit**
Docket number 20SL-CC04635

*||||||||||||||||||||||||*
**\*290113\***

**C. Pepper Logistics LLC**

Plaintiff,
vs.

**Lanter Delivery Systems LLC,**

Defendant,

_____/

AFFIDAVIT OF SERVICE

I, Mike Imber affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 09/17/2020 at 7:03 AM, I served copies of the Summons and Petition - Circuit Personally upon **Randi Wood as articulated below.**

By delivering a copy to Randi Wood personally.

Said service was effected at: **21972 W 125th Circle, Olathe, KS 66061.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Female** Race: **White** Hair: **Brown** Height: **5'5"** Weight: **120**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_____
Mike Imber

The foregoing affidavit sworn and subscribed before me today, September 23, 2020



_____
Joseph M Powers

JobNo. 290113

**EXHIBIT A**

Electronically Filed - St Louis County - September 24, 2020 - 05:15 PM

**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC<br>Nature of Suit:<br>CC Injunction | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105<br>(Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: RANDI WOOD
Alias:

21972 W. 125TH CIR
OLATHE, KS 66061



*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
    **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>11-SEP-2020</u>
Date
Further Information:
MG

_____
Clerk

### Officer's or Server's Affidavit of Service
I certify that:
1.    I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.    My official title is _____ of _____ County, _____ (state).
3.    I have served the above summons by: (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
    ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐ other (describe) _____
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
    ☐ the judge of the court of which affiant is an officer.
*(Seal)*    ☐ authorized to administer oaths in the state in which the affiant served the above summons.
        (use for out-of-state officer)
    ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

Based on the Supreme Court Rules governing eFiling and eService, an email has been issued to the following parties:

Electronically Filed - St Louis County - September 24, 2020 - 05:15 PM

SERVICE PARTY:    MATTHEW S. MCBRIDE, Attorney for Plaintiff
SERVICE EMAIL:    mmcbride@lashlybaer.com

Electronically Filed - St Louis County - September 24, 2020 - 04:00 PM

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI**

| | | |
|---|---|---|
| C. PEPPER LOGISTICS, LLC, *et. al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Cause No. 20SL-CC04635 |
| | ) | |
| v. | ) | Division 18 |
| | ) | |
| LANTER DELIVERY SYSTEMS, LLC, | ) | |
| *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

Patrick E. Foppe and Lashly & Baer, P.C. hereby enter their appearance on behalf of Plaintiffs C. Pepper Logistics, LLC, Timeless Logistical Solutions, Inc., Independent Service Provider, LLC, Logistics Resource Solutions, Inc., Interstate Service Provider, Inc., and LRS Leasing, LLC (collectively "Plaintiffs" or "Pepper Companies").

*/s/ Patrick E. Foppe*

| | |
|---|---|
| Mark H. Levison | #29976 |
| Matthew S. McBride | #47598 |
| Patrick E. Foppe | #57124 |

LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939
(314) 621-6844/Fax
mlevison@lashlybaer.com
mmcbride@lashlybaer.com
pfoppe@lashlybaer.com

*Attorneys for Plaintiffs*

Electronically Filed - St Louis County - September 24, 2020 - 04:00 PM

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically with the Clerk of Court on September 24, 2020, to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

 /s/ Patrick E. Foppe

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

Based on the Supreme Court Rules governing eFiling and eService email has been issued to the Case: 21SL-CC00302 Filed: 09/24/20 5 of 74 PageID: 302 - Electronically Filed - St. Louis County - September 24, 2020 - 04:00 PM

SERVICE PARTY:   MATTHEW S. MCBRIDE, Attorney for Plaintiff
SERVICE EMAIL:   mmcbride@lashlybaer.com


SERVICE PARTY:   MARK H LEVISON, Attorney for Plaintiff
SERVICE EMAIL:   mlevison@lathropgage.com, mlevison@lashlybaer.com

Electronically Filed - St Louis County - October 01, 2020 - 04:40 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | | |
|---|---|---|
| C. PEPPER LOGISTICS, LLC, | ) | |
| TIMELESS LOGISTICAL SOLUTIONS, INC., | ) | |
| INDEPENDENT SERVICE PROVIDER, LLC, | ) | Case No. 20SL-CC04635 |
| LOGISTICS RESOURCE SOLUTIONS, INC., | ) | |
| INTERSTATE SERVICE PROVIDER, INC., | ) | Div. 18 |
| and LRS LEASING, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANTER DELIVERY SYSTEMS, LLC, | ) | |
| WHITE LINE SYSTEMS, LLC, | ) | |
| DARIEN BROKERAGE, LLC, | ) | |
| RACHEL TOMASEK, MIKE TOMASEK, | ) | |
| ANTON LOBOV, ANTOINE WINGARD, | ) | |
| MARK CORDSEN, RANDI WOOD, and | ) | |
| JOHN DOES 1 THROUGH 30, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM FOR THE CLERK

Plaintiffs hereby files its Return of Service of Summons by Special Process Server upon

Defendant Anton Lobov on September 26, 2020. (See Exhibit A attached).


 /s/ *Mark H. Levison*
Mark H. Levison  #29976
Matthew S. McBride #47598
Patrick E. Foppe   #57124
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939
(314) 621-6844/Fax
mlevison@lashlybaer.com
mmcbride@lashlybaer.com
pfoppe@lashlybaer.com

Attorneys for Plaintiffs

Electronically Filed - St Louis County - October 01, 2020 - 04:40 PM



**STATE OF MISSOURI**
**County of St. Louis**
**21st Judicial Circuit**
Docket number 20SL-CC04635

C. Pepper Logistics LLC

Plaintiff,                                    AFFIDAVIT OF SERVICE

vs.

**Lanter Delivery Systems LLC,**

Defendant,

_____/

I, **Krystal Jones** affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 09/26/2020 at 1:18 PM, I served copies of the Summons and Petition - Circuit Personally upon **Anton Lobov** as articulated below.

By leaving a copy at the individual's dwelling place or usual place of abode with some person of his / her Family over the age of 15 to wit:

Name: **Mikhail Lobov**                    Title/Relation: **Brother**

Said service was effected at: **3620 Huffines Blvd, Apt 2327, Carrollton, TX 75010.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male** Race: **White** Hair: **Bald** Height: **5'10"** Weight. **190-199** Place: **Apartment**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

**Krystal Jones**

State of Texas
County of Dallas

The foregoing affidavit sworn and subscribed before me today, September 30, 2020

NATASHA DANIELLE FRENCH
Notary Public, State of Texas
Comm. Expires 04-06-2021
Notary ID 131075628

Job No. 290110

**EXHIBIT A**

Electronically Filed - St Louis County - October 01, 2020 - 04:40 PM

**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number:  20SL-CC04635 |
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO  63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Injunction | |
| | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  ANTON LOBOV
**Alias:**
**899 HENRIETTA CREEK ROAD, #200**
**ROANOKE, TX  76262**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

　　　　You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
　　　　**SPECIAL NEEDS:**  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

11-SEP-2020
**Date**
**Further Information:**
**MG**
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

### Officer's or Server's Affidavit of Service

I certify that:
1.　I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.　My official title is _____ of _____ County, _____ (state).
3.　I have served the above summons by:  (check one)
　　☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
　　_____. a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

　　☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
　　_____ (name) _____ (title).
　　☐ other (describe) _____
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
　　　　　　　　　☐ the judge of the court of which affiant is an officer.
　　　　　　　　　☐ authorized to administer oaths in the state in which the affiant served the above summons.
　　　　　　　　　　　(use for out-of-state officer)
*(Seal)*　　　　　☐ authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

Electronically Filed - St Louis County - October 01, 2020 - 04:40 PM

Based on the Supreme Court Rules governing eFiling and eService email has been issued to the following parties:

SERVICE PARTY:    MATTHEW S. MCBRIDE, Attorney for Plaintiff
SERVICE EMAIL:    mmcbride@lashlybaer.com


SERVICE PARTY:    PATRICK EDWARD FOPPE, Attorney for Plaintiff
SERVICE EMAIL:    pfoppe@lashlybaer.com

Electronically Filed - St Louis County - October 02, 2020 - 02:27 PM

**In the**

# CIRCUIT COURT
**Of St. Louis County, Missouri**

C. PEPPER LOGISTICS, LLC, et al.
Plaintiff/Petitioner

vs.

LANTER DELIVERY SYSTEMS, LLC, et al.
Defendant/Respondent

For File Stamp Only

October 2, 2020
Date

20SL-CC04635
Case Number

18
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiffs, by their counsel , pursuant
Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 SRI ( Marybeth Rice, Pat Medley, Richard Raymond, Richard Hopson, 
Name of Process Server                    Address                                        Telephone

 Martin Hueckel, Kathleen Langdon, Lawrence G. Roth & Gary Tillman 
Name of Process Server                    Address or in the Alternative              Telephone

 1528 S. Big Bend Blvd., St. Louis, MO 63117   (314) 644-3955 
Name of Process Server                    Address or in the Alternative              Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties. This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:
 Antoine Wingard 
Name
 1013 Braxton Dr. 
Address
 Concord, NC  28025 
City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk


By _____
     Deputy Clerk

 October 2, 2020 
Date

 /s/ Mark H. Levison 
Signature of Attorney/Plaintiff/Petitioner
 29976 
Bar No.
 714 Locust Street, St. Louis, MO  63101 
Address
 (314) 621-2939          (314) 621-6844 
Phone No.                              Fax No.

CCADM62-WS    Rev. 08/16

Electronically Filed - St Louis County - October 02, 2020 - 02:27 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com.  (LawandPublicSafety/Circuit/Forms).

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

Electronically Filed - St Louis County - October 02, 2020 - 02:27 PM

**In the**

# CIRCUIT COURT
**Of St. Louis County, Missouri**

October 2, 2020
Date

20SL-CC04635
Case Number

18
Division

For File Stamp Only

C. PEPPER LOGISTICS, LLC, et al.
Plaintiff/Petitioner

vs.

LANTER DELIVERY SYSTEMS, LLC, et al.
Defendant/Respondent

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiffs, by their counsel , pursuant
Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 SRI ( Marybeth Rice, Pat Medley, Richard Raymond, Richard Hopson,
Name of Process Server                    Address                                Telephone

 Martin Hueckel, Kathleen Langdon, Lawrence G. Roth & Gary Tillman
Name of Process Server          Address or in the Alternative          Telephone

 1528 S. Big Bend Blvd., St. Louis, MO 63117   (314) 644-3955
Name of Process Server          Address or in the Alternative          Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties. This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:
 Antoine Wingard
Name
 1013 Braxton Dr.
Address
 Concord, NC  28025
City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By   */s/Chyrell A. DeShay*
Deputy Clerk

XXXXXXXXXXXXX  **10/06/2020**
October 2, 2020
Date

/s/ Mark H. Levison
Signature of Attorney/Plaintiff/Petitioner
 29976
Bar No.
 714 Locust Street, St. Louis, MO  63101
Address
 (314) 621-2939          (314) 621-6844
Phone No.                            Fax No.

CCADM62-WS   Rev. 08/16

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com.  (LawandPublicSafety/Circuit/Forms).

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

Based on the Supreme Court Rules governing eFiling and eService email has been issued to the following parties:

Electronically Filed - St Louis County - October 02, 2020 - 02:27 PM

SERVICE PARTY:    MATTHEW S. MCBRIDE, Attorney for Plaintiff
SERVICE EMAIL:    mmcbride@lashlybaer.com


SERVICE PARTY:    PATRICK EDWARD FOPPE, Attorney for Plaintiff
SERVICE EMAIL:    pfoppe@lashlybaer.com

Electronically Filed - St Louis County - October 02, 2020 - 12:06 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
TWENTY-FIRST JUDICIAL CIRCUIT
STATE OF MISSOURI

| | | |
|---|---|---|
| C. PEPPER LOGISTICS, LLC,<br>TIMELESS LOGISTICAL SOLUTIONS, INC.,<br>INDEPENDENT SERVICE PROVIDER, LLC,<br>LOGISTICS RESOURCE SOLUTIONS, INC.,<br>INTERSTATE SERVICE PROVIDER, INC.,<br>and LRS LEASING, LLC, | )<br>)<br>)<br>)<br>)<br>) | Case No. 20SL-CC04635<br><br>Div. 18 |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| LANTER DELIVERY SYSTEMS, LLC,<br>WHITE LINE SYSTEMS, LLC,<br>DARIEN BROKERAGE, LLC,<br>RACHEL TOMASEK, MIKE TOMASEK,<br>ANTON LOBOV, ANTOINE WINGARD,<br>MARK CORDSEN, RANDI WOOD, and<br>JOHN DOES 1 THROUGH 30, | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## MEMORANDUM FOR THE CLERK

Plaintiffs hereby files its Return of Service of Summons by Special Process Server upon

Defendant Mark Cordsen on September 26, 2020. (See Exhibit A attached).


/s/ *Mark H. Levison*
Mark H. Levison  #29976
Matthew S. McBride #47598
Patrick E. Foppe   #57124
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939
(314) 621-6844/Fax
mlevison@lashlybaer.com
mmcbride@lashlybaer.com
pfoppe@lashlybaer.com

Attorneys for Plaintiffs



*290112*

**STATE OF MISSOURI**
**County of St. Louis**
**21st Judicial Circuit**
Docket number 20SL-CC04635

**C. Pepper Logistics LLC**

Plaintiff,                                          AFFIDAVIT OF SERVICE

vs.

**Lanter Delivery Systems LLC,**

Defendant,

_____/

I, **Richard Markowitz** affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 09/26/2020 at 9:15 AM, I served copies of the Summons and Petition - Circuit Personally upon **Mark Cordsen as articulated below.**

By delivering a copy to **Mark Cordsen** personally.

Said service was effected at: **10001 E Evans Avenue, Apt 58C, Denver, CO 80247.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male** Race: **White** Hair: **Brown** Height: **5'8"** Weight: **170-179** Place: **Apartment**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

Richard Markowitz

State of Colorado
County of _ARAPAHOE_

The foregoing affidavit sworn and subscribed before me today, ~~September~~ October / , 2020

TRUDY AARON GATEWOOD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184021407
MY COMMISSION EXPIRES MAY 22, 2022

Job No. 290112



**EXHIBIT A**

Electronically Filed - St Louis County - October 02, 2020 - 12:06 PM

Electronically Filed - St Louis County - October 02, 2020 - 12:06 PM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number: 20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO 63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Injunction | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105<br>(Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **MARK CORDSEN**
Alias:

**20101 E. 36TH DRIVE**
**AURORA, CO 80011**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>11-SEP-2020</u>
Date
Further Information:
MG

_____
Clerk

---

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____. a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other (describe) _____

Served at _____ (address)
in _____ County, _____ (state). on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

Electronically Filed - St. Louis County - October 02, 2020 - 12:06 PM

Based on the Supreme Court Rules governing eFiling and eService, email has been issued to the following parties:

SERVICE PARTY:   MATTHEW S. MCBRIDE, Attorney for Plaintiff
SERVICE EMAIL:   mmcbride@lashlybaer.com

SERVICE PARTY:   PATRICK EDWARD FOPPE, Attorney for Plaintiff
SERVICE EMAIL:   pfoppe@lashlybaer.com



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>ELLEN HANNIGAN RIBAUDO | Case Number:  20SL-CC04635 |
|---|---|
| Plaintiff/Petitioner:<br>C. PEPPER LOGISTICS, LLC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MARK H LEVISON<br>714 LOCUST STREET<br>SAINT LOUIS, MO  63101 |
| Defendant/Respondent:<br>LANTER DELIVERY SYSTEMS, LLC<br>Nature of Suit:<br>CC Injunction | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  ANTOINE WINGARD
Alias:

**1013 BRAXTON DRIVE**
**CONCORD, NC  28025**

***COURT SEAL OF***

***ST. LOUIS COUNTY***

 You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
 **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>06-OCT-2020</u>
**Date**
**Further Information:**
**CD**

_____
Clerk

---

### Officer's or Server's Affidavit of Service

I certify that:
1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.   My official title is _____ of _____ County, _____ (state).
3.   I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
   .
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____            _____
Printed Name of Sheriff or Server                     Signature of Sheriff or Server
          **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
          I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                         ☐ the judge of the court of which affiant is an officer.
*(Seal)*                 ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                            (use for out-of-state officer)
                         ☐ authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

| Service Fees, if applicable | | | |
|---|---|---|---|
| Summons | $_____ | | |
| Non Est | $_____ | | |
| Mileage | $_____ | (_____miles @ $_____ per mile) | |
| **Total** | $_____ | | |

*See the following page for directions to clerk and to officer making return on service of summons.*

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent.  If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made:  (1) On Individual.  On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process;  (2) On Guardian.  On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally;  (3)  On Corporation, Partnership or Other Unincorporated Association.  On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body.  On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States.  If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths.  This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.  The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) <u>Early Neutral Evaluation ("ENE")</u>:** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) <u>Mini-Trial</u>:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) <u>Summary Jury Trial</u>:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73