## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| C. PEPPER LOGISTICS, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 20-CV-1444 |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| LANTER DELIVERY SYSTEMS, LLC, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

### DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri, Counsel of record for Defendant Lanter Delivery Systems, LLC hereby discloses the following organizational interests:

1. If the subject organization is a corporation

   a. Its parent companies or corporations (if none, state "none"):

   **None.**

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none")

   **None.**

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none")

   **None.**

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

Lanter Delivery Systems, LLC is a Delaware limited liability company. Its sole member is: LDS Guarantor, LLC, whose state of citizenship is Delaware.

Respectfully submitted,

THOMPSON COBURN LLP

By: /s/ Matthew A. Braunel
Steven E. Garlock (Bar No. 38346)
David B. Jinkins (Bar No. 49254)
Matthew A. Braunel (Bar No. 50711)
One US Bank Plaza
St. Louis, Missouri 63101
P: 314-552-6000
F: 314-552-7000
sgarlock@thompsoncoburn.com
djinkins@thompsoncoburn.com
mbraunel@thompsoncoburn.com

*Attorneys for Lanter Delivery Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, October 7, 2020, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court by using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record. Moreover, I hereby certify that a true and accurate copy of the foregoing was also sent by mail and electronic mail on October 7, 2020 to the following:

Mark H. Levison
Matthew S. McBride
Patrick E. Foppe
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
mlevison@lashlybaer.com
mmcbride@lashlybaer.com
pfoppe@lashlybaer.com

*Attorneys for Plaintiffs*

/s/ Matthew A. Braunel