UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| C. PEPPER LOGISTICS, LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:20-cv-01444 ) ) |
| LANTER DELIVERY SYSTEMS, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANT DARIEN BROKERAGE, LLC'S
DISCLOSURE OF ORGANIZATIONAL INTERESTS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-2.09, Defendant Darien Brokerage, LLC ("Defendant") hereby discloses the following organizational interests:

1. Parent companies or corporations of Defendant: White Nut House Holding Company, LLC.

2. Subsidiaries not wholly owned by Defendant: None.

3. Publicly held companies or corporations that own 10% or more of Defendant's stock: None.

4. Members (and states of citizenship) of Defendant, a limited liability company: Alonzo White (Texas).

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Samuel W. Newman*
R. Lance Witcher, MO #45940
Samuel W. Newman, MO #69443
7700 Bonhomme Avenue, Suite 650

St. Louis, MO 63105
Telephone: 314-802-3935
Facsimile: 314-802-3936
lance.witcher@ogletree.com
samuel.newman@ogletree.com

*Attorneys for White Line Systems, LLC and Darien Brokerage, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, October 19, 2020, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court by using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.

*/s/ Samuel W. Newman*

44622282.1

2