**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **C. PEPPER LOGISTICS, LLC, et al.,**  )  <br>  )  Cause No. 4:20-cv-01444-MTS<br>  Plaintiffs,  )  <br>  )  <br>v.  )  <br>  )  <br>**LANTER DELIVERY SYSTEMS, LLC,**  )  <br>**et al.,**  )  <br>  )  <br>  Defendants.  )  | |

### DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Plaintiff **LRS Leasing LLC** hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):

   **None**.

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

   **None**.

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none")

   **None**.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

   **Plaintiff is an Illinois limited liability company. James Pepper, owner of 100% of its member interests, is a citizen of the State of Illinois.**

Dated: November 20, 2020

Page **1** of **2**

      /s/ Matthew S. McBride
Mark H. Levison, No. 29976MO
Matthew S. McBride, No. 47598MO
Patrick E. Foppe, No. 57124MO
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939 – Telephone
(314) 621-6844 – Facsimile
mlevison@lashlybaer.com
mmcbride@lashlybaer.com
pfoppe@lashlybaer.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth above, the foregoing was filed electronically with the Clerk of the Court to be served upon all counsel of record by operation of the Court's electronic filing system.

      /s/ Matthew S. McBride