IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| C. PEPPER LOGISTICS, LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.: 4:20-cv-01444 ) ) |
| LANTER DELIVERY SYSTEMS, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

### DECLARATION OF MIKE TOMASEK PURSUANT TO
### 28 U.S.C. § 1746

I, Mike Tomasek, declare as follows under 28 U.S.C § 1746:

1. I am the age of majority, and I am competent to make this declaration.

2. I make this declaration based on my personal knowledge and observations.

3. I began working for Logistics Resource Solutions, Inc. ("LRS") in or around April of 2015.

4. I performed all of my job responsibilities for LRS out of my home in Elburn, Illinois.

5. When I began working for LRS I had minimal training that all occurred in Aurora, Illinois.

6. As the Regional Transportation Manager for LRS, I did not travel to Missouri to perform my essential job duties.

7. Indeed, to my recollection, I attended only one business-related meeting in Missouri while working for LRS. To the best of my knowledge, this meeting occurred in or around July 2020. Jim Pepper was also present at this meeting, and at this meeting, I did not conspire with anyone to destroy C. Pepper Logistics LLC's, or any of its affiliates', business operations.

8. The last date I worked for LRS was August 21, 2020. My employment with LRS ended that day.

9. Prior to the end of my employment with LRS, I never communicated with Lanter Delivery Systems, LLC, White Line Systems, LLC, or Darien Brokerage, LLC

employees or representatives concerning me being involved in any orchestration of activities that would lead to the cessation of LRS's – or any C. Pepper Logistics, LLC affiliate's – business operations.

10. I had no involvement in the alleged conspiracy or plot described in the Petition of the above-captioned case.

11. I did not take any confidential or proprietary information from LRS or its affiliates upon my termination of employment with LRS.

12. LRS and/or C. Pepper Logistics, LLC affiliate(s) payroll was not confidential or proprietary. This payroll is routinely seen by Lanter Delivery Systems, LLC. Indeed, Lanter set the payroll in the first place in the contract with C. Pepper Logistics, LLC affiliate(s).

13. I do not currently reside in Missouri and have never resided in Missouri.

14. I do not own, lease, or possess property – real or personal – that is located in Missouri.

15. I do not have a bank account in Missouri.

16. I have not availed myself to the state or Federal courts of Missouri.

17. I have never had any ownership interest in any business based in Missouri.

18. LRS failed to pay me wages for the work I performed from August 17, 2020, through August 21, 2020. Further, LRS did not pay me my accrued, unused sick or vacation time after my employment ended.

19. I did not travel to Texas in July 2020; I did not attend a meeting with Lonnie White in July of 2020.

20. On or around August 19, 2020, I emailed payroll information to myself to ensure that I was able use the information to pay my drivers. I did not send this information to Lanter in St. Louis, Missouri.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on  12/22/2020  

DocuSigned by:  
_/s/ M. T_  
F2576F09E6584B5...

_____  
Mike Tomasek