# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| C. PEPPER LOGISTICS, LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LANTER DELIVERY SYSTEMS, LLC, et )<br>al., )<br>)<br>Defendants. ) | Case No.: 4:20-cv-01444 |

## DECLARATION OF MARK CORDSEN PURSUANT TO
## 28 U.S.C. § 1746

I, Mark Cordsen, declare as follows under 28 U.S.C § 1746:

1. I am the age of majority, and I am competent to make this declaration.

2. I make this declaration based on my personal knowledge and observations.

3. I began working for Logistic Resources Solutions, Inc. ("LRS"), in or around April 2018 as the Transportation Manager of the Denver, Colorado area.

4. At all times while working for LRS, I lived and worked in Colorado.

5. I never traveled to Missouri to perform any LRS job duties. My job duties consisted of managing the Denver, Colorado terminal, deliveries, and drivers.

6. To the best of my recollection, the last time I visited Missouri was in or around May of 2015. It was completely unrelated to any business or entity involved in this litigation.

7. LRS was, and to my knowledge is, an Illinois corporation.

8. I performed my day to day job responsibilities for LRS in Denver, Colorado.

9. The last date I performed services for LRS was on or around August 21, 2020. My employment with LRS ended that day.

10. August 22, 2020, was the first time I learned that Lanter Delivery Systems, LLC would no longer be doing business with C. Pepper Logistics, LLC et al. This was told to me around 5:30 a.m. I was told this, in person, in at the office in Denver, Colorado by a

Exhibit C

6622471

Lanter representative. Prior to being informed of this, I knew nothing about the cessation of LRS's – or any C. Pepper Logistics, LLC affiliate's – business operations.

11. Prior to the end of my employment with LRS, I never communicated with Lanter Delivery Systems, LLC, White Line Systems, LLC, or Darien Brokerage, LLC employees or representatives concerning me being involved in any orchestration of activities that would lead to the cessation of LRS's – or any C. Pepper Logistics, LLC affiliate's – business operations.

12. I had no role in the alleged conspiracy or plot described in the Petition of the above-captioned case.

13. I did not take any confidential or proprietary information from LRS or its affiliates upon my termination of employment with LRS.

14. I did not provide any confidential or proprietary information of LRS or its affiliates to any other business.

15. LRS and/or C. Pepper Logistics, LLC affiliate(s) payroll was not confidential or proprietary. This payroll is routinely seen by Lanter Delivery Systems, LLC. Indeed, Lanter set the payroll in the first place in the contract with C. Pepper Logistics, LLC affiliate(s).

16. LRS shutoff and disconnected me from my LRS email account as of August 23, 2020; thus, I did not receive any emails sent to my LRS email account as of August 23, 2020.

17. I do not currently reside in Missouri and have never resided in Missouri.

18. I do not own, lease, or possess property – real or personal – that is located in Missouri.

19. I do not have a bank account in Missouri.

20. I have not availed myself to the state or Federal courts of Missouri.

21. I have never had any ownership interest in any business based in Missouri.

22. LRS failed to pay me wages for the work I performed from August 10, 2020, through August 22, 2020.

23. Upon searching my personal email account and my work email account that were in use on or around August 25, 2020, I was unable to locate the email alleged in Paragraph 115 of the Amended Complaint to have been sent to me on August 25, 2020. I further was unable to locate the alleged response contained in Paragraph 116 of the Amended Complaint.

24. I did not send an "update" or list of drivers to Lanter in St. Louis, Missouri as alleged in Paragraph 116 of the Amended Complaint.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on _____12/23/2020_____

DocuSigned by:

Mark Cordsen
78528059E8D3451...

_____
Mark Cordsen

- 3 -